# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| EDWARDS TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-331 ERW |
| | ) | |
| PAMELA CLARK, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for a temporary restraining order. The motion is denied.

In his amended complaint, plaintiff alleges that defendants failed to protect him from an assault by a fellow inmate. In his motion for a temporary restraining order, he claims that defendants "are starting to retaliate against [him] for filing [his] civil suit."

"A court issues [an] injunction in a lawsuit to preserve the status quo and prevent irreparable harm until the court has an opportunity to rule on the lawsuit's merits. Thus, a party moving for a preliminary injunction must necessarily establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint." *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994). In this case, there is no relationship between the injury claimed in the motion and the conduct asserted in the complaint. Consequently, the motion is denied.

Moreover, the assertions in the motion are wholly conclusory and are unsupported by facts, which if proved, would entitle plaintiff to relief.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a temporary restraining order [ECF No. 24] is **DENIED**.

So Ordered this 13th day of June, 2016.

*[signature: E. Richard Webber]*

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE